IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____ D.C.
05 AUG 26 AM 6:44
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Cv. No. 04-2890-Ma/V |
| EULIBES L. CRUZ, | Cr. No. 02-20146-Ma |
| Defendant. | |

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

Defendant Eulibes L. Cruz, Bureau of Prisons inmate registration number 18356-076, an inmate at the Federal Correctional Institution in Forrest City, Arkansas, filed a _pro se_ motion pursuant to 28 U.S.C. § 2255 on November 3, 2004, accompanied by a legal memorandum. On December 20, 2004, Cruz filed a motion seeking leave to proceed _in forma pauperis_. On March 29, 2005, Cruz filed a supplement to his motion. Cruz submitted a second supplemental motion, which he characterizes as an attachment to his previous supplement, on April 15, 2005. On May 12, 2005, May 24, 2005, and June 16, 2005, Cruz filed a inquiries concerning the status of the case. On July 15, 2005, Cruz filed a motion seeking to voluntarily dismiss this action without prejudice in light of the fact that the Sixth Circuit had remanded the case back to this Court for resentencing in light of United States v. Booker, 125 S. Ct. 758 (2005).

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-31-05

/0

For good cause shown, the motion to dismiss without prejudice is GRANTED.

IT IS SO ORDERED this 25th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02890 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Eulibes L. Cruz
FCI-FORREST CITY
18356-076
P.O. Box 9000
Forrest City, AR 72336

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT