UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 1:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

EULIBES L. CRUZ,

    Petitioner,

v.                                               Cv. No. 04-2890-Ma

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Granting Motion to Dismiss Without Prejudice, docketed August 31, 2005.

APPROVED:

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 4, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule _____ and/or _____ FRCP on _10-7-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02890 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Eulibes L. Cruz
FCI-FORREST CITY
18356-076
P.O. Box 9000
Forrest City, AR 72336

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT